HONOROTA NOVICK, administratrix, *vs.* LEONARD F. BEFORD, administrator. July 13, 1965. Order dismissing report reversed. Case to stand for a new trial. This is an action under G. L. c. 229, § 2 (St. 1958, c. 238, § 1), for the wrongful death of Henry S. Novick, a guest occupant in a car driven by the defendant's decedent. The plaintiff is the duly appointed administratrix of the estate of Henry S. Novick and gave bond on September 30, 1959. The present writ is dated October 23, 1961. The Appellate Division dismissed the report of the judge who found for the defendant. All facts relevant to the instant case appear in *Noon* v. *Beford, ante,* 537, decided this day, an action which arose out of the same accident. The decision of the case is governed by what was said there.

*Russell H. Mann, Jr.* (*Norman N. Connolly* with him) for the plaintiff.

*Peter D. Cole* for the defendant.

ELY SANDBERG & another *vs.* BOARD OF APPEALS OF TAUNTON & others. October 27, 1965. Decree reversed. In the Superior Court the judge, acting on an appeal purportedly brought under G. L. c. 40A, § 21, annulled the decision of the board of appeals of Taunton which had affirmed the decision of the city's superintendent of buildings denying to the plaintiffs a permit to replace twenty-two deteriorated poultry shelters with two new structures for 3,000 chickens. The locus is in a district zoned for residences. Apart from other defects in the plaintiffs' case, the judge on the record had no jurisdiction to act. The defendant board of appeals was established under the city's building code. There was no showing that the city had provided for a zoning board of appeals under G. L. c. 40A, § 14. Jurisdiction in the Superior Court under § 21 is confined to appeals under the Zoning Enabling Act. *Rice* v. *Board of Appeals of Dennis,* 342 Mass. 499, 502.

*Robert G. Funke,* City Solicitor, for the Board of Appeals of Taunton.

*Julian J. D'Agostine* for the plaintiffs.